UNITED STATES COURT OF APPEALS
For The Seventh Circuit
Chicago, Illinois 60604

| | | |
|---|---|---|
| SUNNY HANDICRAFT (H.K.), LTD. A Hong King Corporation, and BIN THE HANDICRAFT (SHENZHEN) CO., LTD., a China Corporation, | ) ) ) ) ) | Appeal from the United States Court of the Northern District of Illinois, Eastern Division. |
| Plaintiffs-Appellees | ) ) | No. 14-cv-01512 |
| No. 21-1579 v. | ) ) ) | Judge John Z. Lee |
| ENVISION THIS!, LLC, a Florida Limited Liability Company, | ) ) ) ) | |
| Defendant-Appellant. | ) | |

**APPELLEES' RESPONSE TO APPELLANT
ENVISION-THIS! LLC'S AMENDED DOCKETING STATEMENT**

Pursuant to this Court's Order dated April 14, 2021, Eric Macey files this Response to appellant Envision-This LLC's Amended Docketing Statement.

**I.     District Court Jurisdiction**

The undersigned sent a copy of the Court's Order to Appellees after first having it translated into Chinese by my Taiwanese co-counsel before the trial court, Mr. Steven Ling. Thereafter, based on information from the General Manager of Appellees, Mr. Daniel Huang, I have now filed an appearance on behalf of Appellees in the captioned case.

With respect to the district court's jurisdiction, according to Mr. Huang, Sunny Handicraft (H.K.) Ltd. [聖禮工藝（香港）有限公司] ("Sunny Handicraft") was incorporated in Hong Kong and is what is called a private company limited by shares. The company is owned by shareholders, whose liabilities are limited to the amount of funds they have invested in the company. A company limited by shares has a share capital which is divided into a number of shares

of certain value each. These shares are held by shareholders (investors) who are entitled to a share in the profits of the company and receive a dividend corresponding to their respective percentage of shareholding in the company. Further, the managers of this type of corporate entity are protected from any personal liability. The shareholders of Sunny Handicraft are Mr. Huang, his father Peter, his brother Frank, and his mother (whose name I do not know). All live and work in Shenzhen, China where the business is located.

According to Mr. Huang, Bin Teh Handicraft (Shenzhen) Co., Ltd . [ 賓德工藝品（深圳）有限公司 ] is a Chinese is private company limited by shares and is wholly-owned by Sunny Handicraft (H.K.) Ltd.

## II. **Appellate Court Jurisdiction**

The undersigned agrees with Appellant's statements regarding this Court's jurisdiction.

## III. **Defendant-Appellant's Counterclaims**

The undersigned agrees with Appellant's statements regarding the disposition of Appellants' Counterclaims before the district court.

Dated: April, 19, 2021

                                                        */s/ Eric N. Macey*
                                                        *Counsel of Record for Sunny Handicraft (H.K.) Ltd.*
                                                        *and Bin Teh Handicraft (Shenzhen) Co., Ltd.*

Eric N. Macey
emacey@novackmacey.com
Julie A. Johnson-Ahlen
jja@novackmacey.com
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
312-419-6900

☑

# CERTIFICATE OF SERVICE

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on ____April 19, 2021____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ ____Eric N. Macey_____

☐

# CERTIFICATE OF SERVICE

**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/ _____